IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE CELLULAR TELEPHONE ASSIGNED | : | CASE NO. 3:19MJ598 |
| CALL NUMBER **937-541-9799** THAT IS | : | |
| IN THE CUSTODY OR CONTROL OF | : | **FILED UNDER SEAL** |
| T-MOBILE | : | |

### *NUNC PRO TUNC* **MOTION**

Comes now the United States, by and through the undersigned Assistant United States Attorney for the Southern District of Ohio, in the above captioned cause, and respectfully requests that the Court grant an order authorizing the Clerk to enter Nunc Pro Tunc Orders to correct a scrivener's error in previously issued orders (Docket numbers R.6, R.8, R.10) pertaining to this case number. The Government filed motions under case number 3:19MJ598 (Docket numbers R.5, R.7, R.9), in which the Government inadvertently identified the phone number as being (956) 730-0321; this phone number identified in those previous motions pertained to case number 3:19MJ589. The two cases are related to the same investigation and circumstances and due to the similarity in case numbers the phone numbers were inadvertently switched. The previously issued orders included the Government's scrivener's error.

The Government respectfully requests that the Court issue Nunc Pro Tunc Orders to correct the scrivener's error in this case so that all previously issued orders reflect the correct phone number of 937-541-9799.

        Respectfully submitted,

        DAVID M. DEVILLERS
        United States Attorney

        s/Amy M. Smith
        AMY M. SMITH (0081712)
        Assistant United States Attorney

2

    200 West Second Street, Suite 600
    Dayton, Ohio 45402
    (937) 225-2910
    Fax: (937) 225-2564
    Amy.smith2@usdoj.gov